John F. Wallace et al., as Executors, etc., *v.* Michael Feely. Daniel Daly, Purchaser, Appellant.

(Argued January 31, 1882; decided February 10, 1882.)

*David McClure* for appellant.

*W. P. Putney* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

The Knickerbocker Life Insurance Company, Respondent, *v.* George W. Nelson et al., Appellants.

(Argued January 31, 1882; decided February 10, 1882.)

*Thomas E. Pearsall* for appellants.

*A. J. Vanderpoel* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

Mary Pound, Administratrix, etc., Respondent, *v.* The Jefferson Iron Company, Appellant.

(Argued February 3, 1882; decided February 10, 1882.)

*F. W. Hubbard* for appellant.

*D. O'Brien* for respondent.

Agree to affirm; no opinion.
All concur, except Andrews, Ch. J., absent.
Judgment affirmed.